UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60100-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs. **O R D E R**

VERNON TIM MITCHELL,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation On Change Of Plea (DE 17) filed herein by United States Magistrate Judge Patrick M. Hunt. No objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

In his Report And Recommendation (DE 17), Magistrate Judge Hunt, after conducting a hearing, recommends that the Court accept Defendant Mitchell's plea of guilty to the sole Count of the Information (DE 1) and that he be adjudged guilty of this offense. Additionally the Court notes that Defendant Mitchell has signed a Waiver Of Indictment (DE 13). The Court adopts Magistrate Judge Hunt's findings, as stated in the instant Report And Recommendation (DE 17).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation On Change Of Plea (DE 17) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court;

2. Being satisfied that there is a factual basis for guilt, the Court accepts Defendant Mitchell's plea of guilty to the sole Count of the Information (DE 1) and adjudges him guilty at this time; and

3. Sentencing is hereby **SET** in the above-styled cause before this Court on Thursday, August 29, 2019, at 10:00 a.m. before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     11th     day of June, 2019.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record